## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

**DEBRA J. THOMPSON**, an individual on behalf of herself and on behalf of all other similarly situated persons,

    Plaintiff,

v.

**ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA**, a Minnesota corporation,

    Defendant.

**Case No. 0:17-cv-0096 (PAM-TNL)**
CLASS ACTION

**STIPULATION OF VOLUNTARY DISMISSAL**

    Plaintiff Debra J. Thompson and Defendant Allianz Life Insurance Company of North America, through their attorneys of record, hereby agree and stipulate as follows:

1. Whereas Plaintiff filed a putative class action complaint in this Court;

2. Whereas Defendant denies that its actions were wrongful in any respect;

3. Whereas, the Court denied certification of a class in this case, with prejudice, under Federal Rule of Civil Procedure 23;

4. Whereas, after the denial of class certification, the parties reached a voluntary settlement only with respect to plaintiff's individual claims;

5. Whereas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared;

    NOW, THEREFORE, the parties hereby stipulate that the lawsuit brought by Debra J. Thompson against Allianz Life Insurance Company of North America is hereby dismissed with prejudice. Each party agrees to bear its own costs and fees in connection with this dismissal.

IT IS SO STIPULATED

Dated: May 30, 2019

By: /s/ Andrew S. Friedman
Andrew S. Friedman
Kimberly C. Page
Bonnett Fairbourn Friedman & Balint
2325 E. Camelback Road, Ste 300
Phoenix, AZ 85016
602-274-1100
afriedman@bffb.com
kpage@bffb.com

Anne T Regan
Nathan D Prosser
Hellmuth & Johnson
8050 West 78th St.
Edina, MN 55439
952-941-4005
aregan@hjlawfirm.com
nprosser@hjlawfirm.com

Ingrid Maria Evans
Evans Law Firm, P.C.
3053 Fillmore Street, #236
San Francisco, CA 94123
415-441-8669
Ingrid@evanslaw.com

*Attorneys for Plaintiff Debra J. Thompson*

Dated: May 30, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/ Stephen J. Jorden
Stephen J. Jorden (Pro Hac Vice)
Drinker Biddle & Reath LLP
One Constitution Plaza, 5th Floor
Hartford CT 06103-1836
(860) 509-8900
Stephen.jorden@dbr.com

James F. Jorden (Pro Hac Vice)
Roland C. Goss (Pro Hac Vice)
Dawn B. Williams (Pro Hac Vice)

2

Drinker Biddle & Reath LLP
1500 K. Street, N.W., Suite 1100
Washington, D.C. 20005-1209
(202) 842-8800
James.jorden@dbr.com
Roland.goss@dbr.com
Dawn.williams@dbr.com

Wendy J. Wildung (MN Bar No. 117055)
Jeffrey D. Hedlund (MN Bar No. 0175791)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone:    (612) 766-7000
Facsimile:    (612) 766-1600
wendy.wildung@FaegreBD.com
jeff.hedlund@FaegreBD.com
*Attorneys for Defendant Allianz Life*
*Insurance Company of North America*